**DISMISS and Opinion Filed April 8, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-12-00702-CV**

_____

**THE DALLAS CENTER OF REHABILITATION, LLC, Appellant**

**V.**

**REANNE VAUGHN, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11837**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Fillmore

This appeal is reinstated.

The parties filed an agreed motion on July 17, 2012 informing the Court that they had settled. The parties asked the Court to abate the appeal pending finalization of settlement papers. The Court abated the appeal but did not receive any further communication from the parties. By letter dated March 21, 2013, the Court informed the parties that we would dismiss the appeal unless we received written correspondence from the parties within ten days informing us that the case did not settle.

As of today's date, the Court has not received a response.  Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

120702F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THE DALLAS CENTER OF
REHABILITATION, LLC, Appellant

No. 05-12-00702-CV        V.

REANNE VAUGHN, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-11837.
Opinion delivered by Justice Fillmore.
Justices Lang-Miers and Murphy,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Reanne Vaughn, recover her costs of this appeal from appellant, The Dallas Center of Rehabilitation, LLC.

Judgment entered this 8th day of April, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE